*[Submitting counsel appear on signature pages]*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CASEY THORNTON and CARL JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICRO-STAR INTERNATIONAL CO., LTD.; MSI COMPUTER CORPS. And DOES 1-10<br>Defendants. | Case No. **17-cv-03231-CAS (AFM)**<br><br>CLASS ACTION<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Hearing Date:  N/A<br>Time:          N/A<br>Judge:         Hon. Christina A. Snyder<br>Courtroom:     8D, 8th Floor<br><br>Complaint Filed:  April 28, 2017 |

TO:   THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Consumer Law Group of California is changing its address, effective January 1, 2019.  Plaintiffs request that any pleadings, notices, orders, correspondence and other papers be served upon counsel at the following new address:

> Alan M. Mansfield
> CONSUMER LAW GROUP OF CALIFORNIA
> 206 Park Blvd, Ste.603
> San Diego, CA 92101
> Tel: (619) 308-5034
> Fax: (855) 274-1888

/ / /

/ / /

/ / /

1 | The telephone number, facsimile number and e-mail address for Mr. Mansfield remain the
2 | same.  Please update your records and proof of service lists accordingly.
3 |
4 | Dated:  December 21, 2018

CONSUMER LAW GROUP OF CALIFORNIA

By: /s/ Alan M. Mansfield

Alan M. Mansfield (SBN No. 125998)
alan@clgca.com
16870 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel: (619) 308-5034
Fax: (855) 274-1888

WESTERMAN LAW CORP.
Jeff S. Westerman (SBN 94559)
1875 Century Park East, Suite 2200
Los Angeles, CA 90067
Tel: (310) 698-7880
Fax: (310) 698-7452

Attorneys for Plaintiffs