WESTERMAN LAW CORP.
Jeff S. Westerman (SBN 94559)
jwesterman@jswlegal.com
16133 Ventura Blvd., Suite 685
Encino, CA 91436
Tel: (310) 698-7880
Fax: (310) 775-9777

CONSUMER LAW GROUP OF CALIFORNIA
Alan M. Mansfield (SBN 125998)
alan@clgca.com
16870 W. Bernardo Dr., Suite 400
San Diego, CA  92127
Tel: (619) 308-5034
Fax: (888) 341-5048

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| **CASEY THORNTON; and CARL JONES, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**MICRO-STAR INTERNATIONAL CO., LTD.; MSI COMPUTER CORP. and DOES 1-25,**<br><br>**Defendants.** | CASE NO.: 17-cv-03231-CAS (AFMx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING FIFTH JOINT STIPULATION TO CONTINUE NOTICED MOTION FOR CLASS CERTIFICATION**<br><br>Judge:         Hon. Christina A. Snyder<br>Courtroom:  8D, 8th Floor<br>Trial Date:    N/A<br><br>Complaint Filed:  April 28, 2017 |

1

[PROPOSED] ORDER GRANTING FIFTH JOINT STIPULATION TO CONTINUE
MOTION FOR CLASS CERTIFICATION

Based on the Fifth Joint Stipulation of the parties and the recitals therein, the briefing and hearing schedule on the Motion for Class Certification is hereby extended as follows:

(1) Plaintiffs shall have to and including September 10, 2021 to file their Motion for Class Certification.

(2) MSI shall have to and including November 12, 2021 to file its Opposition to Plaintiffs' Motion for Class Certification.

(3) Plaintiffs shall have to and including December 17, 2021 to file their Reply in support of their Motion for Class Certification.

(4) The hearing on Plaintiffs' Motion for Class Certification shall be heard on January 24, 2022 at 10:00 a.m. before this Court.

**IT IS SO ORDERED.**

DATED: April 9, 2021

_____
HON. CHRISTINA A. SNYDER