Case 2:17-cv-03231-CAS-AFM   Document 92   Filed 06/16/21   Page 1 of 2   Page ID #:889

WESTERMAN LAW CORP.
Jeff S. Westerman (SBN 94559)
jwesterman@jswlegal.com
16133 Ventura Blvd., Suite 685
Encino, CA 91436
Tel: (310) 698-7450
Fax: (310) 775-9777

CONSUMER LAW GROUP OF CALIFORNIA
Alan M. Mansfield (SBN 125998)
alan@clgca.com
16870 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel: (619) 308-5034
Fax: (888) 341-5048

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CASEY THORNTON; and CARL JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICRO-STAR INTERNATIONAL CO., LTD.; MSI COMPUTER CORP. and DOES 1-25,<br><br>Defendants. | CASE NO.: 17-cv-03231-CAS (AFMx)<br><br>CLASS ACTION<br><br>**JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE**<br><br>Judge:      Hon. Christina A. Snyder<br>Courtroom:  8D, 8th Floor<br>Trial Date: N/A<br><br>Complaint Filed: April 28, 2017 |

1
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Casey Thornton and Carl Jones ("Plaintiffs") and Defendant MSI Computer Corporation ("MSI"), through their undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice as to Plaintiffs' individual claims and without prejudice to the claims of the members of the putative class, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his or its own costs except as otherwise agreed in writing.

**IT IS SO STIPULATED.**

DATED: June 15, 2021

WESTERMAN LAW CORP.

By: _____
Jeff S. Westerman (SBN 94559)
jwesterman@jswlegal.com
16133 Ventura Blvd., Suite 685
Encino, CA 9143
Tel: (310) 698-7450
Fax: (310) 775-9777

CONSUMER LAW GROUP OF CALIFORNIA

Alan M. Mansfield (SBN 125998)
alan@clgca.com
16870 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel: (619) 308-5034
Fax: (888) 341-5048

*Interim Co-Lead Counsel and Attorneys for Plaintiffs*

DATED: June 15, 2021

WHITE & CASE LLP

By: _____
Bryan A. Merryman (SBN 134357)
bmerryman@whitecase.com
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071
Tel: (213) 620-7700
Fax: (213) 452-2329

MSI COMPUTER CORP.

*Attorneys for Defendant*

2
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE